**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio V Tomaro, | No. CV-26-00717-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Vanguard Group Incorporated, | |
| Defendant. | |

By prior Order, I granted pro se Plaintiff Antonio V. Tomaro's Application to Proceed In Forma Pauperis, dismissed his Complaint, (Doc. 1), upon screening pursuant to 28 U.S.C. § 1915(e)(2), and granted Tomaro leave to file an Amended Complaint to cure the deficiencies identified in his claims against the Vanguard Group, Inc.  (Doc. 6.) Tomaro filed his Amended Complaint, (Doc. 8), on May 1, 2026.  I have screened Tomaro's Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2).  Tomaro may now serve the Amended Complaint and Summons on the Defendant

**IT IS THEREFORE ORDERED** that the Amended Complaint, (Doc. 8), may proceed.

///

///

///

///

///

**IT IS FURTHER ORDERED** that Tomaro shall serve the Amended Complaint and Summons on the Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and may choose to request that the Defendant waive service of the Amended Complaint and Summons under Rule 4(d).

Dated this 22nd day of July, 2026.

Honorable Sharad H. Desai
United States District Judge

- 2 -